United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 8, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 04-50804
_____

UNITED STATES OF AMERICA

                    Plaintiff - Appellee

                v.

ADAN RUIZ-LOERA also known as, Eugenio Rivera-Hernandez also
known as, Adan Ruiz Loera

                Defendant - Appellant

            ----------------------
     Appeal from the United States District Court for the
              Western District of Texas, El Paso
            ----------------------

Before KING, Chief Judge, and DeMOSS and CLEMENT, Circuit Judges.

PER CURIAM:[1]

        IT IS ORDERED that the Appellee's unopposed motion to vacate

the sentence is GRANTED.

        IT IS FURTHER ORDERED that the Appellee's unopposed motion

to remand the case to District Court for resentencing is GRANTED.

        IT IS FURTHER ORDERED that the Appellee's alternative

_____

[1]Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5th Cir. R.
47.5.4.

1

unopposed motion to extend time to file the Appellee's supplemental brief until fourteen (14) days from the Court's denial of the Appellee's motion to vacate and remand is MOOT.